When the car was next searched, he was actually in the custody of the police. We are unpersuaded, in these facts, that "exigent circumstances" justified a warrantless search.

Since the search was not incident to an arrest and since it does not appear that other "exigent circumstances" made the warrantless search reasonable, the evidence seized should have been excluded.

Reversed.

Mr. Chief Justice BELL and Mr. Justice MUSMANNO dissented.

## Toppitzer Will.

Argued April 25, 1968. Before BELL, C. J., MUS-MANNO, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Paul Maloney,* with him *C. Dale McClain* and *Melvin G. Levy,* for appellants.

*R. Winfield Baile,* with him *George W. Thompson,* and *Baile, Thompson & Shea,* for appellee.

OPINION PER CURIAM, August 8, 1968:

The decree of the court below is affirmed by an equally divided Court.